# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Vincent Lucas,
    Plaintiff,                                **Civil Action** 1**:**11cv409
    vs.

                                             **CALENDAR ORDER**
                                             Barrett, J.
West Asset Management, Inc.,         Bowman, M.J.
    Defendant.

This case shall proceed as follows:

1.     Deadline to move to amend pleadings and/or add parties:    **November 30, 2011**

2.     Discovery deadline:         **July 31, 2012**

    Deadline to identify plaintiff experts and provide reports:    **April 30, 2012**
    Deadline to identify defendant experts and provide reports: **May 31, 2012**
    Deadline to identify rebuttal experts and provide reports:    **June 29, 2012**
    Disclosure of non-expert (fact) witnesses:                 **November 30, 2011**

3.     Dispositive motion deadline:        **August 31, 2012**

    The Final Pretrial Conference and Trial dates will be scheduled by Judge Barrett.


                                             **_/s/ Stephanie K. Bowman_**
                                             United States Magistrate Judge