UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES BONINI
CLERK

11 NOV 30 PM 1:20

Vincent Lucas,
    Plaintiff,

vs.

West Asset Management, Inc.,
    Defendant.

Case No. 1:11cv409
Barrett, J.
Bowman, M.J.

## AGREEMENT TO LIMITED APPOINTMENT OF ATTORNEY FOR MEDIATION ASSISTANCE

I, Vincent Lucas, as a pro se plaintiff, agree to have the court appoint Attorney Robert Jensen of 4310 Hunt Road, Cincinnati, Ohio 45242, telephone number 513-621-4556, to represent me in the above-captioned action solely for the limited purpose of assisting me with the mediation. Attorney Jensen shall not be obligated to conduct any discovery, to prepare or respond to any motions or shall not be responsible for the trial of this case. His representation of me ends upon completion of the mediation or any necessary followup thereto.

I hereby acknowledge that I have read, understand and agree to the terms of this limited appointment of Attorney Jensen for mediation assistance.

Dated this 22 day of November 2011.

_____
Vincent Lucas
Pro se Plaintiff