IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION-CINCINNATI

| | |
|---|---|
| VINCENT LUCAS, | : |
|     Plaintiff, | : CASE NO. 1:11-cv-00409-MRB-SKB |
| | : |
| | : JUDGE Michael R. Barrett |
| v. | : MAG. JUDGE Stephanie K. Bowman |
| | : |
| WEST ASSET MANAGEMENT, INC. | : PLAINTIFF VINCENT LUCAS AND |
| | : DEFENDANT WEST ASSET |
|     Defendant. | : MANAGEMENT, INC.'S JOINT |
| | : NOTICE OF SETTLEMENT |

COME NOW Plaintiff Vincent Lucas, acting *pro se*, and Defendant West Asset Management, Inc., appearing herein through its undersigned counsel, and for their Joint Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and Defendant to pay Plaintiff's filing fee, once the settlement documents have been executed by the parties and delivered to all parties and after Plaintiff receives the settlement funds. The parties expect this to happen by December 30, 2011.

Dated: December 2, 2011

Respectfully submitted,

_____
Vincent Lucas
*Plaintiff Pro Se*
7 Arrowhead Drive
Amelia, Ohio 45102
513-947-1695 – Telephone

/s/ Joseph W. Borchelt
Joseph W. Borchelt (0075387)
REMINGER CO., LPA
525 Vine Street, Suite 1700
Cincinnati, Ohio 45202
513-721-1311- Telephone
513-721-2553 – Facsimile
jborchelt@reminger.com

and

-1-

/s/ Louis Leonard Galvis
Louis Leonard Galvis (CO Bar No. 32885)
*Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
645 Stonington Lane
Fort Collins, CO 80525
Telephone (970) 223-4420
Facsimile (970) 223-4490
E-mail: lgalvis@sessions-law.biz

*Counsel for Defendant*
*West Asset Management, Inc.*
